# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00408-CV

In the Matter of the Marriage of Maria Yolan Berry and Johnny Berry, Jr. and In the Interest of J.M.B and M.A.B., Children

On appeal from the
170th District Court of McLennan County, Texas
Judge Jim Meyer, presiding
Trial Court Cause No. 2015-4090-42

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Johnny Berry, Jr., appealed from a Final Decree of Divorce signed by the trial court on November 21, 2024. On March 26, 2025, Appellant was notified that his brief was late. Further, the appellant was notified that "[u]nless a response showing grounds for continuing this appeal is filed by appellant or any party desiring to continue this appeal on or before **Wednesday, April 16, 2025**, the court may dismiss the appeal for want of prosecution." No response has been filed with this Court. *See* TEX. R. APP. P. 42.3(b).

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 8, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

